No. 204. LACKNER *v.* ILLINOIS BELL TELEPHONE Co. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. MR. JUSTICE FRANKFURTER took no part in the consideration and decision of this application. *Mr. Melvin L. Griffith* for petitioner. *Mr. Kenneth F. Burgess* for respondent.

No. 209. CHAPMAN BROTHERS Co. *v.* SECURITY-FIRST NATIONAL BANK OF LOS ANGELES. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. MR. JUSTICE DOUGLAS took no part in the consideration and decision of this application. *Mr. William H. Campbell* for petitioner. *Mr. Edmund W. Pugh* for respondent.

No. 263. ST. MARIE ET AL. *v.* UNITED STATES, TRUSTEE, ET AL. October 14, 1940. The motion to proceed on the typewritten record is denied. The petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit is denied for the reason that application therefor was not made within the time provided by law. Section 8 (a), Act of February 13, 1925 (43 Stat. 936, 940). *Messrs. Thomas L. Sloan* and *Williamson S. Summers* for petitioners. *Solicitor General Biddle* and *Assistant Attorney General Littell* for the United States.